# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

131675

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WALLACE CARROLL JUSTICE,
     Plaintiff-Appellee,

v

                                        SC: 131675
                                        COA: 266924
                                        Ct of Claims: 05-000117-MZ

DEPARTMENT OF CORRECTIONS,
     Defendant-Appellant,

and

DEPARTMENT OF STATE POLICE,
     Defendant.

_____/

     On order of the Court, the application for leave to appeal the June 13, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006                                  _____
                                                Clerk

11023